## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 13, 2013

Mr. Glenn M. Prentice
37655 Palmer
Clinton Township, MI 48034

Re:  Case No. 13-2531, *In re: Glenn Prentice, et al v. GMAC Mortgage Client Branded*
Originating Case No. : 2:13-cv-14510

Dear Mr. Prentice,

   This appeal has been docketed as case number **13-2531** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   The Clerk's office will send you additional information as soon as the Court has finished its customary screening to determine if it has jurisdiction to proceed.

                                        Sincerely yours,

                                        s/Roy G. Ford
                                        Case Manager
                                        Direct Dial No. 513-564-7016

cc:  Mr. Kenneth A. VanNorwick

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 13-2531

In re: GLENN M. PRENTICE

    Debtor

------------------------------

GLENN M. PRENTICE

    Appellant

v.

GMAC MORTGAGE CLIENT BRANDED SOLUTIONS, Servicer for RAHI Real Estate Holdings LLC

    Appellee